UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: ROBERT SCOTT EDMONDS              Case No.: 2009-33033-JES-7
and     CAROL JEAN EDMONDS,
            Debtors.                          Chapter 7

OBJECTION TO U.S. TRUSTEE'S MOTION TO DISMISS
PURSUANT TO 11 U.S.C. §707(B)(1) BASED ON 11 U.S.C. §707(b)(3)

NOW COME the above-named debtors, Robert Scott Edmonds and Carol Jean

Edmonds, by and through the undersigned Attorney, MILLER & MILLER LAW, LLC, and by

M. Yanira Gonzalez Fernandini, who, hereby objects to the Motion by the U.S. Trustee's

Motion to Dismiss Pursuant to 11 U.S.C. §707(b)(1) Based on 11 U.S.C. §707(b)(3).


The Debtors intend to stipulate with the U.S. Trustee to convert this case to a chapter

13 Bankruptcy.


WHEREFORE, the Debtors request that the Court deny the U.S. Trustee's Motion.

Dated at Milwaukee, Wisconsin this___18th___ day of__January_,2010.


_____
M. Yanira Gonzalez Fernandini
State Bar No.: 1037933
Attorney for Debtor

MILLER & MILLER LAW, LLC
735 W. Wisconsin Avenue
Suite 600
Milwaukee, WI 53233
(414) 277-7742

In re:  ROBERT SCOTT EDMONDS          Case No.: 2009-33033-JES-7
and      CAROL JEAN EDMONDS,           Chapter 7
                                        CERTIFICATE OF MAILING

STATE OF WISCONSIN)
                              ) SS
MILWAUKEE COUNTY)

      Linda M. Swanson, being sworn states that on January 18, 2010, mailed properly

enclosed in a postpaid envelope, an Objection to the U.S. Trustee's Motion to Dismiss

Pursuant to 11 U.S.C. §707(b)(1) Based on 11 U.S.C. §707(b)(3), to the following named

persons at their proper post office address after their respective names:

Robert and Carol Jean Edmonds
3645 S. Iowa Avenue
St. Francis, WI  53235

Attorney Andrew N. Herbach
Chapter 7 Trustee
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53203

U.S. Bankruptcy Trustee
U.S. Courthouse, Room 430
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Subscribed and sworn to before
me this <u>18th</u> day of January, 2010.

/s/_____          ___/s/_____
Nancy L. Nace                          Linda M. Swanson
Notary Public, State of Wisconsin      MILLER & MILLER LAW, LLC
My commission expires 8/14/2011.       633 W. Wisconsin Ave., Suite 1500
                                        Milwaukee, WI 53203
                                        414-277-7742